MARILYN SHAMELZADECH et al., Respondents, v. PAUL M. SEGRE, Appellant, and PHILIP MELILLO et al., Respondents.— In our opinion, under all the circumstances, triable issues of fact exist as to defendant Segre's negligence and as to whether his negligence caused the injuries sustained by plaintiffs. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

OLA SHIRE, Respondent, v. ALLSTATE LIFE INSURANCE COMPANY, Appellant.— Under the circumstances disclosed by this record we believe it was an improper exercise of discretion to thus limit the defendant's time for the service of any supplemental bill of particulars which may become necessary later. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.